# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| OFFICE OF DISCIPLINARY COUNSEL, | : | No. 2573 Disciplinary Docket No. 3 |
| Petitioner | : | |
| | : | No. 16 DB 2019 |
| v. | : | |
| | : | Attorney Registration No. 200837 |
| MICHAEL ROBERT SHAPIRO, | : | |
| Respondent | : | (Philadelphia) |

## O R D E R

**PER CURIAM**

**AND NOW**, this 21st day of April, 2021, upon consideration of the Verified Statement of Resignation, Michael Robert Shapiro is disbarred on consent from the Bar of this Commonwealth, retroactive to February 19, 2019. *See* Pa.R.D.E. 215. Respondent shall comply with all of the provisions of Pa.R.D.E. 217 and pay costs to the Disciplinary Board pursuant to Pa.R.D.E. 208(g).